## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KLAUS PREILIPPER<br>5905 Tanglewood Drive<br>Bethesda, MD 20817<br><br>     Plaintiff<br><br>vs.<br><br>WASHINGTON HOSPITAL CENTER<br>110 Irving Street, N.W.<br>Washington, D.C. 20010<br><br>     and<br><br>MEDSTAR HEALTH<br>5565 Sterrett Place, 5th Floor<br>Columbia, MD 21044<br><br>     Defendants. | Case No. 1:05CV01359 (CK)<br><br>**JURY TRIAL DEMANDED** |

TO: Jason H. Ehrenberg

  I acknowledge receipt of your request that I waive service of a summons in the action of Preilipper v. Washington Hospital Center, et al., which is case number 1:05CV01359 in the United States District Court for the District of Columbia. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

  I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

  I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after July 22, 2005.

MEDSTAR HEALTH, INC.

Date: 7/28/05

_____C. Simpson_____
Signature

_____E. Simpson_____
Printed/Typed Name

Title: VP & Deputy Gen. Counsel