**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| KLAUS PREILIPPER | ) | |
| | ) | |
| Plaintiff | ) | Case No. 1:05CV01359 (CK) |
| vs. | ) | |
| | ) | |
| WASHINGTON HOSPITAL CENTER, et al. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S RULE 16.3 REPORT

Plaintiff Klaus Preilipper ("Plaintiff"), by and through his undersigned counsel, submits the following Report in accordance with Local Rule 16.3 of the Civil Rules of this Court. Counsel for Plaintiff attempted to secure the participation of Defendants in preparing this report by scheduling a telephonic "meet and confer" session with counsel for Defendants; however, counsel for Defendants did not participate in this session and has not responded to Plaintiff's attempts to reschedule to session.  This report, therefore, reflects only Plaintiff's proposals concerning this litigation.

The numbered paragraphs below correspond to identically numbered subparagraphs in Local Rule 16.3(c).

1.  Plaintiff does not anticipate that his claims can be resolved on summary judgment.  No dispositive motions filed by either party are currently pending before the Court.

2.  Plaintiff proposes that all parties should be joined and all pleadings should be amended by no later than November 15, 2005.  Plaintiff believes that no factual or legal issues can be agreed upon or narrowed at this time.

3.      Plaintiff does not desire to have this case referred to a Magistrate Judge in its entirety.

4.      It is unclear at this early stage of the litigation whether there is a realistic possibility of settling this case.

5.      Plaintiff is willing to participate in alternative dispute resolution procedures. Counsel for Plaintiff has discussed alternative dispute resolution with its client.

6.      Plaintiff does not anticipate that any of his claims can be resolved on summary judgment, but does expect Defendant to file such a motion.  Plaintiff respectfully proposes the following schedule for briefing:  motions for summary judgment to be served on or before April 3, 2006; oppositions to be served on or before May 3, 2006; reply papers to be served on or before May 17, 2006.  Plaintiff proposes that a decision on dispositive motions be made within the time frame desired by the Court.

7.      Plaintiff proposes that the parties exchange the Initial Disclosures set forth in Rule 26(a) of the Federal Rules of Civil Procedure on or before December 1, 2005.

8.      Plaintiff proposes that the discovery deadline in this action be set for March 3, 2005.  Plaintiff proposes that the limits on the duration and number of depositions, as well as the number of interrogatories, shall be consistent with the limits set forth in the Federal Rules of Civil Procedure and the Civil Rules of this Court.

9.      Plaintiff proposes that Rule 26(a)(2) of the Federal Rules of Civil Procedure should be followed.  Plaintiff does not anticipate that there will be a need for deposition of experts to occur.

10.     The matters set forth in Local Rule 16.3(c)(10) are limited to class actions and are thus inapplicable to this case.

11. Plaintiff believes that bifurcation should not be utilized in this case.

12. Plaintiff believes that a pretrial conference should be scheduled approximately thirty days following the Court's disposition of any motion for summary judgment.

13. Plaintiff believes that a trial date should be set at the pretrial conference.

14. No other matters have been discussed between the parties that would be appropriate for inclusion in a scheduling order.

Plaintiff's proposed scheduling order is attached hereto for the Court's consideration.

Dated: October 26, 2005                                        Respectfully submitted,


_____//s//_____
Jason H. Ehrenberg (D.C. # 469077)
jhe@becounsel.com
BAILEY & EHRENBERG PLLC
1155 Connecticut Avenue N.W.
Suite 1100
Washington, D.C. 20036
Tel: (202) 465-4729
Fax: (202) 318-7071
jhe@becounsel.com

**Attorneys for Plaintiff**

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KLAUS PREILIPPER | ) | |
| | ) | |
| Plaintiff | ) | Case No. 1:05CV01359 (CK) |
| vs. | ) | |
| | ) | |
| WASHINGTON HOSPITAL CENTER, et al. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

## **PLAINTIFF'S PROPOSED SCHEDULING ORDER**

Upon consideration of Plaintiff's Rule 16.3 Report and any Report submitted by Defendants, it is hereby

ORDERED that the following schedule for discovery, dispositive motions, pretrial conference and trial is adopted:

| | |
|---|---|
| Initial Disclosures | December 1, 2005 |
| Close of discovery (including expert) | March 3, 2006 |
| Dispositive motions | Served on or before April 3, 2006 |
| Oppositions to dispositive motions | Served on or before May 3, 2006 |
| Replies to oppositions | Served on or before May 17, 2005 |
| Filing of pretrial statements | Eleven days before pretrial conference |

      Pretrial conference                                         45 days after ruling on dispositive motions

      Trial                                                                          To be set at pretrial conference

      This schedule may be modified at any time by the Court's own motion or upon motion of a party upon a showing of good cause or with the consent of all other parties.

      Entered this _____ day of _____ 2006.

                                                                                   _____
                                                                                   United States District Judge

Copies to:

Jason Ehrenberg  
James C. Bailey  
Bailey & Ehrenberg PLLC  
1155 Connecticut Ave, N.W.  
Suite 1100  
Washington, D.C. 20036

Keith J. Harrison  
King Pagano Harrison  
1730 Pennsylvania Avenue, NW  
Suite 900  
Washington, DC 20006

## CERTIFICATE OF SERVICE

I, Jason H. Ehrenberg, hereby certify that on this 26th day of October 2005, I caused a true and correct copy of the foregoing to be served via the District Court's ECF electronic filing system upon the following:

Keith J. Harrison
King Pagano Harrison
1730 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20006

_____//s//_____
Jason H. Ehrenberg