IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**KLAUS PREILIPPER**

    **Plaintiff,**

    v.      **Civil Action No: 05-cv-01359**

**WASHINGTON HOSPITAL CENTER**

    and

**MEDSTAR HEALTH**

    **Defendants.**
_____

## DEFENDANT'S LOCAL RULE 16.3 REPORT

Pursuant to Local Rule 16.3, counsel for Defendant Washington Hospital Center, et al. submits the following report in accordance with Local Rule 16.3(c). While counsel for the parties have been unable to meet and confer, there is agreement on all issues identified in the Local Rules. The Parties are in agreement on all dates and issues as follows:

**1.  Summary Judgment**

The Defendants believe that this matter will be resolved by summary judgment and will file such a motion pursuant to the Court's schedule.

**2.  Joinder and Amendment of Pleadings**

The Parties agree that any amendment to the pleadings must be filed by November 15, 2005.  Defendants do not anticipate that any other parties will be joined.

**3.     Magistrate**

The Parties do not wish that this case be assigned to a Magistrate, except to resolve discovery disputes.

**4.     Settlement**

The Parties have not engaged in settlement negotiations to date.

**5.     ADR**

The Parties have no objection to this case being referred for alternative dispute resolution after they have had the opportunity to conduct some discovery.

**6.     Motions Schedule**

Defendant Washington Hospital Center plans to file a motion for summary judgment or other dispositive motion following the close of discovery. The Parties agree that any dispositive motions shall be filed no later than thirty (30) days after the close of discovery, which will be April 3, 2006, and any opposition be served by May 3, 2006, and any reply shall be filed by May 17, 2006.

**7.     Initial Disclosures**

The Parties agree to exchange the initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) by December 1, 2005.

**8.     Discovery**

The Parties propose that the discovery deadline should be set for March 3, 2006. The Parties further propose that each Party be allowed five (5) fact witness depositions, twenty-five (25) interrogatory questions and twenty-five (25) requests for production of documents as set forth in the Local Rules.

**9.     Expert Witnesses**

The Parties agree that Rule 26(a)(2) should be followed.

**10.    Class Action**

Not applicable.

**11.    Bifurcation**

The Parties do not request bifurcation.

**12.    Pretrial**

The Parties propose that a pretrial conference, if necessary, be set for no sooner than thirty (30) days after the ruling on any summary judgment motion.

**13.    Trial date**

The Parties propose that the trial of this matter be set at the time of the Pretrial Conference.

Respectfully submitted,

Dated: October 27, 2005

_____/s/_____
Keith J. Harrison (D.C. Bar No. 416755)
Sabrina Dennis (D.C. Bar. No. 484090)
KING, PAGANO & HARRISON
1730 Pennsylvania Ave, N.W., Suite 900
Washington, DC 20006
(202) 371-6800
(202) 371-6770 (fax)

Attorneys for Defendant Washington Hospital Center