IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KLAUS PREILIPPER | ) | |
| | ) | |
| Plaintiff | ) | Case No. 1:05CV01359 (CK) |
| vs. | ) | |
| | ) | |
| WASHINGTON HOSPITAL CENTER, et al. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

## JOINT DISCOVERY PLAN

Plaintiff Klaus Preilipper ("Plaintiff") and Defendants Washington Hospital Center and Medstar Health ("Defendants"), by and through their undersigned counsel, submit the following Joint Discovery Plan in accordance with the Court's instructions and prior orders:

1. Initial disclosures will be served by the parties on or before December 1, 2005

2. Document requests and interrogatories will be served by the parties on or before December 15, 2005.

3. Expert reports will be served by the parties on or before January 9, 2006.

4. Rebuttal expert reports will be served by the parties on or before February 6, 2006.

5. Defendants will take Plaintiff's deposition on or before February 1, 2006.

6. Plaintiff will take depositions of defense witnesses on or before February 15, 2006.

7. The discovery cut-off date, including all expert discovery, will be March 3, 2006.

8. Requests for admissions will be served by the parties on or before March 3, 2006.

2

Dated: November 10, 2005                                                Respectfully submitted,


_____//s//_____                              _____//s//_____
Jason H. Ehrenberg (D.C. # 469077)                                      Keith J. Harrison (D.C. # 416755)
jhe@becounsel.com                                                       Sabrina Dennis (D.C. # 484090)
BAILEY & EHRENBERG PLLC                                                 KING, PAGANO & HARRISON
1155 Connecticut Avenue N.W.                                            1730 Pennsylvania Ave, N.W.
Suite 1100                                                              Suite 900
Washington, D.C. 20036                                                  Washington, D.C. 20006
Tel: (202) 465-4729                                                     Tel: (202) 371-6800
Fax: (202) 318-7071                                                     Fax: (202) 371-6770
jhe@becounsel.com

**Attorneys for Plaintiff**                                             **Attorneys for Defendants**

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KLAUS PREILIPPER | ) | |
| | ) | |
| Plaintiff | ) | Case No. 1:05CV01359 (CK) |
| vs. | ) | |
| | ) | |
| WASHINGTON HOSPITAL CENTER, et al. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

Upon consideration of the Joint Discovery Plan submitted by the parties, and in accordance with the prior Orders of the Court, it is hereby ORDERED that the parties Joint Discovery Plan is adopted and that the following discovery deadlines will apply:

1. Initial disclosures will be served by the parties on or before December 1, 2005

2. Document requests and interrogatories will be served by the parties on or before December 15, 2005.

3. Expert reports will be served by the parties on or before January 9, 2006.

4. Rebuttal expert reports will be served by the parties on or before February 6, 2006.

5. Defendants will take Plaintiff's deposition on or before February 1, 2006.

6. Plaintiff will take depositions of defense witnesses on or before February 15, 2006.

7. The discovery cut-off date, including all expert discovery, will be March 3, 2006.

8. Requests for admissions will be served by the parties on or before March 3, 2006.

This schedule may be modified at any time by the Court's own motion or upon motion of a party upon a showing of good cause or with the consent of all other parties.

Entered this _____ day of _____ 2006.

_____
United States District Judge

Copies to:

Jason Ehrenberg
James C. Bailey
Bailey & Ehrenberg PLLC
1155 Connecticut Ave, N.W.
Suite 1100
Washington, D.C. 20036

Keith J. Harrison
King, Pagano & Harrison
1730 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20006

## CERTIFICATE OF SERVICE

I, Jason H. Ehrenberg, hereby certify that on this 10th day of November 2005, I caused a true and correct copy of the foregoing to be served via the District Court's ECF electronic filing system upon the following:

Keith J. Harrison
King, Pagano & Harrison
1730 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20006

_____//s//_____
Jason H. Ehrenberg