IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
**KLAUS PREILIPPER**                      )
                                          )
    **Plaintiff,**           )
    v.                       )    Civil Action No: 05-cv-01359
**WASHINGTON HOSPITAL CENTER**            )
    and                      )
**MEDSTAR HEALTH, INC.**                  )
    **Defendants.**          )
_____)

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS WASHINGTON HOSPITAL CENTER AND MEDSTAR HEALTH, INC.

Pursuant to LCvR 83.6(a), the following attorney respectfully submits this Notice of Appearance as counsel for Defendants Washington Hospital Center and MedStar Health, Inc. in the above-captioned case:

Daniel M. Creekman (D.C. Bar No. 488983)
KING PAGANO HARRISON
1730 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20006-4703
Telephone: (202) 371-6800
Facsimile: (202) 371-6770

2

Dated: February 9, 2006                                   Respectfully submitted,


                                          _____/s/_____
                                          Keith J. Harrison (D.C. Bar No. 416755)
                                          Daniel M. Creekman (D.C. Bar No. 488983)
                                          KING PAGANO HARRISON
                                          1730 Pennsylvania Avenue, N.W.
                                          Suite 900
                                          Washington, D.C. 20006-4703
                                          Telephone: (202) 371-6800
                                          Facsimile: (202) 371-6770

                                          COUNSEL FOR WASHINGTON HOSPITAL
                                          CENTER AND MEDSTAR HEALTH, INC.

2