IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KLAUS PREILIPPER | ) | |
| | ) | |
| Plaintiff | ) | Case No. 1:05CV01359 (CK) |
| | ) | |
| vs. | ) | |
| | ) | |
| WASHINGTON HOSPITAL CENTER, et al. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR JUDGMENT ON THE
PLEADINGS AS TO COUNTS II AND III OF THE COMPLAINT**

In order to narrow issues in discovery and eventual trial, Plaintiff Klaus Preilipper ("Preilipper" or "Plaintiff") hereby moves, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure for judgment on the pleadings as to Counts II and III of his Complaint.

Count II of the Complaint is a claim for promissory estoppel under common law. Count III of the Complaint is a claim for unpaid wages due and owing Plaintiff from Defendants Washington Hospital Center and MedStar Health (collectively "Defendant"), pursuant to the District of Columbia Wage Payment and Collection Law, Sections 32-1303 and 32-1308 of the District of Columbia Code.  As set forth in the attached memorandum in support, because Defendant failed to admit or deny in its Answer the averments specific to Counts II and III of the Complaint, those averments are deemed admitted and Plaintiff is entitled to judgment on the pleadings as to those counts.

\*     \*     \*

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant his Motion for Judgment on the Pleadings as to Counts II and III of the Complaint pursuant to Federal Rule of Civil Procedure 12(c).

Dated: February 14, 2006 　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　//s// *Jason H. Ehrenberg*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　James C. Bailey
　　　　　　　　　　　　　　　　　　　　Jason H. Ehrenberg
　　　　　　　　　　　　　　　　　　　　BAILEY & EHRENBERG PLLC
　　　　　　　　　　　　　　　　　　　　1155 Connecticut Avenue NW
　　　　　　　　　　　　　　　　　　　　Suite 1100
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　　Tel: (202) 465-4729
　　　　　　　　　　　　　　　　　　　　Fax: (202) 318-7071
　　　　　　　　　　　　　　　　　　　　jhe@becounsel

　　　　　　　　　　　　　　　　　　　　**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I, Jason H. Ehrenberg, hereby certify that on this 14th day of February 2006, I caused a true and correct copy of the foregoing to be served via the District Court's ECF electronic filing system upon the following:

Keith J. Harrison
King, Pagano & Harrison
1730 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20006

*//s//  Jason H. Ehrenberg*
_____
Jason H. Ehrenberg