IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KLAUS PREILIPPER ) | |
| ) | |
| Plaintiff ) | Case No. 1:05CV01359 (CK) |
| ) | |
| vs. ) | |
| ) | |
| WASHINGTON HOSPITAL CENTER, et al. ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendants. ) | |

## **ORDER**

UPON CONSIDERATION of Plaintiff Klaus Preilipper's Motion for Judgment on the Pleadings as to Counts II and III of the Complaint and Defendant's Response thereto, it is hereby

ORDERED that the Plaintiff's Motion be, and the same is hereby GRANTED; and it is further

ORDERED that judgment is entered as to Counts II and III of the Complaint for Plaintiff and against Defendant with compensatory, liquidated and/or punitive damages and attorneys' fees and costs to be determined.

_____
Hon. Colleen Kollar-Kotelly