IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KLAUS PREILIPPER**        ) <br> ) <br> **Plaintiff,**        ) <br> ) <br> v.        ) <br> ) <br> **WASHINGTON HOSPITAL CENTER**        ) <br> ) <br> **and**        ) <br> ) <br> **MEDSTAR HEALTH**        ) <br> ) <br> **Defendants.**        ) | Civil Action No: 05-cv-01359 |

### DEFENDANTS' MOTION FOR LEAVE TO FILE AMENDED ANSWER

Pursuant to Federal Rule of Civil Procedure 15(a) and Local Rule 15.1, counsel for Defendant Washington Hospital Center, et al., respectfully submits this motion for leave to file the attached Amended Answer (Ex. A). In support of the motion, Defendants, by counsel, state as follows:

1. The Answer timely filed in this matter on September 15, 2005, mistakenly omitted responses to allegations related to Count II and Count III of the Complaint. This omission was brought to the attention of counsel for the first time yesterday, February 14, 2006. This motion to amend was filed the next day.

2. The omission was by counsel and was not intentional or due to bad faith or dilatory motive. It has caused no delay, much less any undue delay.

3. Plaintiff has suffered no prejudice. There is no responsive pleading required by an Answer. Indeed, written discovery has been exchanged that addressed all of the allegations in the Complaint, including Counts II and III. Plaintiff has not yet taken any depositions.

4. Fed. R. Civ. P. 15(a) governs the amendment of pleadings, and states that leave to file an amended pleading should be "freely given when justice so requires."

WHEREFORE, Defendants respectfully request that their motion for leave to amend their answer be granted.

Respectfully submitted,

Dated: February 15, 2006

_____/s/_____
Keith J. Harrison (D.C. Bar No. 416755)
Daniel M. Creekman (D.C. Bar No.488983)
KING PAGANO HARRISON
1730 Pennsylvania Ave, N.W., Suite 900
Washington, DC 20006
(202) 371-6800
(202) 371-6770 (fax)

Attorneys for Defendants Washington Hospital Center and MedStar Health, Inc.