IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KLAUS PREILIPPER** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Civil Action No: 05-cv-01359** |
| ) | |
| **WASHINGTON HOSPITAL CENTER** ) | |
| ) | |
| and ) | |
| ) | |
| **MEDSTAR HEALTH** ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of Defendants' Motion for Leave to File an Amended Answer, and any opposition or reply thereto, it is hereby ORDERED that Defendants' Motion is hereby GRANTED. Defendants shall file an Amended Answer within three (3) business days.


Dated: _____, 2006      _____
                                    Judge, United States District Court
                                    For the District of Columbia

Order

Copies to:

Counsel for Plaintiff:
James C. Bailey
Jason H. Ehrenberg
BAILEY & EHRENBERG, PLLC
1155 Connecticut Avenue, N.W.
Washington D.C. 20036


Counsel for Defendant:

Keith J. Harrison
Daniel M. Creekman
King Pagano Harrison
1730 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20006