# EXHIBIT A



# Washington Hospital Center

November 30, 2004

Klaus Preilipper
5905 Tanglewood Drive
Bethesda, Maryland 20817

Dear Klaus:

This is in response to your November 15, 2004 letter to me regarding your separation from employment from the Washington Hospital Center.

To clarify for the record, your probationary period was extended on October 5, through November 5. On November 3, I advised you that you were being separated from employment during your probationary period because your performance did not meet the expectations for the Senior Compensation Analyst position.

In your letter, you indicated that you had not been informed of any problems during your introductory period – either before or after it was extended. That simply is not the case. As you know, we had several discussions regarding the need for you to spend more time in your office actually performing work and less time "visiting" co-workers. Your inability to focus seriously impacted your productivity. I repeatedly asked you for information which you were unable to provide. In instances when you did supply requested information, it took you inordinate amounts of time to do so. One notable example was my request for a simple status report on all outstanding Position Modification Requests (PMRs). It took you five weeks to supply this basic update – from my original request on September 28 until November 3 – despite that fact that I requested it from you every time we met after my first request. And, as you know, after your extended delinquency in responding, I finally found it necessary to set a firm deadline for submission of October 28. I then agreed to a one-business-day extension, until November 1, after you requested an early departure to go to the beach. Yet you still failed to provide the report until November 3. When you finally submitted it, the update listed only 12 outstanding PMRs. Given the delay, I had anticipated an extensive listing. This event also underscored to me the significant differential between your actual workload and my expectations for a Senior Compensation Analyst.

While I do not intend to respond to every statement in your letter, I will note that your allegation that your termination was based on you raising concerns with other WHC employees is the most puzzling to me. You never advised me of any such concerns, and I

*MedStar Health*

110 Irving Street, NW, Washington, DC 20010-2975      WHC000000130

Klaus Preilipper
November 30, 2004
Page 2

still do not know the basis for your concerns. To the extent you had any valid concerns, your failure to discuss them with me is another indication of communication deficiencies.

You also indicated in your letter that you had "transferred" from another MedStar entity and were therefore eligible to have your paid-days-off (PDO) balance paid out to you at the point of departure. Let me correct that. While we are a member of the MedStar network, the Washington Hospital Center is a separate employer from Georgetown Hospital. While we may give MedStar credit tenure for some benefits purposes, it is a new period of employment. Employees must be employed for at least six (6) months as a Washington Hospital Center employee before they are eligible to use PDOs or have them paid out at the point of departure. This is standard policy and practice.

Employees who are separated during the probationary period are not eligible for severance pay – nor is it warranted. I do not find that there are any factors here that would justify an exception to the Hospital's policy or practice in this regard.

While I understand that this is not the answer that you sought, I do hope that you will use this as a learning experience. Good luck in your future endeavors.

Sincerely,

*[signature]*

Kathleen F. Chapman
Senior Director, Human Resources

WHC000000131