IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KLAUS PREILIPPER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WASHINGTON HOSPITAL CENTER, et al. )<br>)<br>Defendants. )<br>) | Civil Action No:  05-cv-01359 (CK) |

### JOINT NOTICE REGARDING SETTLEMENT

The parties hereby announce that they have reached a settlement in principle in the above-captioned case.  Accordingly, as the terms of the settlement are finalized, the parties request that the scheduling conference set for March 17, 2006 at 9:00 am be postponed pending resolution of the settlement.

Dated:  February 27, 2006                                   Respectfully submitted,


_____/s/_____                         _____/s/_____
Jason H. Ehrenberg (D.C. #469077)                  Keith J. Harrison (D.C. Bar No. 416755)
Bailey & Ehrenberg PLLC                            Daniel M. Creekman (D.C. Bar. No.488983)
1155 Connecticut Ave., NW, Suite 1100              KING PAGANO HARRISON
Washington, DC 20036                               1730 Pennsylvania Ave, N.W., Suite 900
(202) 465-4729                                     Washington, DC 20006
(202) 318 7071                                     (202) 371-6800
                                                   (202) 371-6770 (fax)

Attorney for Plaintiff

                                                   Attorneys for Defendants Washington
                                                   Hospital Center and MedStar Health, Inc.


78488